IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII TEAMSTERS HEALTH AND WELFARE TRUST, </br></br> Plaintiffs, </br></br> vs. </br></br> YRC, INC. DBA YELLOW TRANSPORTATION DBA YRC FREIGHT; DARREN HAWKINS, individually; PHIL GAINES, individually; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, </br></br> Defendants. </br> _____ | SUMMONS |

## SUMMONS

STATE OF HAWAII

To the above-named Defendant(s):

 You are hereby summoned and required to serve upon YEE & KAWASHIMA LLLP, attorneys for Plaintiffs, whose address is 1000 Bishop Street, Suite 908, Honolulu, Hawaii 96813, an answer to the Complaint which is herewith

1

served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summon shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal deliver during those hours.

A failure to obey this summons may result in an entry of default and judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____, 2017.

_____
CLERK OF THE ABOVE-ENTITLED COURT

_____
DEPUTY CLERK

In the United States District Court For The District Of Hawaii; Civil No. _____; HAWAII TEAMSTERS HEALTH AND WELFARE FUND vs YRC, INC. DBA YELLOW TRANSPORTATION DBA YRC FREIGHT, et al.; ***Summons***