YEE & KAWASHIMA LLLP

| | |
|---|---|
| JARED N. KAWASHIMA | 6289 |
| CHRISTIN D. W. KAWADA | 10038 |

1000 Bishop Street, Suite 908
Honolulu, Hawaii 96813
Telephone: (808) 524-4501
Facsimile: (888) 524-0407

Attorney for Plaintiffs
HAWAII TEAMSTERS
HEALTH AND WELFARE TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII TEAMSTERS HEALTH AND WELFARE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>YRC, INC. DBA YELLOW TRANSPORTATION DBA YRC FREIGHT; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10,<br><br>Defendants.<br>_____ | CIVIL NO. 17-00442 RLP<br><br>NOTICE OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT FILED ON SEPTEMBER 5, 2017 |

NOTICE OF DISMISSAL WITH PREJUDICE OF
<u>PLAINTIFFS' COMPLAINT FILED ON SEPTEMBER 5, 2017</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given by Plaintiffs HAWAII TEAMSTERS HEALTH AND WELFARE TRUST, that this action is hereby dismissed with prejudice.  No answer or motion for summary judgment has been filed in this case.  There are no remaining parties or claims.

DATED: Honolulu, Hawaii, March 5, 2018.

/s/ Christin D. W. Kawada
JARED N. KAWASHIMA
CHRISTIN D. W. KAWADA
Attorneys for Plaintiffs

---

In the United States District Court For The District Of Hawaii; Civil No. 17-00442 RLP; HAWAII TEAMSTERS HEALTH AND WELFARE FUND vs YRC, INC. DBA YELLOW TRANSPORTATION DBA YRC FREIGHT, et al.; *Notice of Dismissal With Prejudice of Plaintiff's Complaint filed on September 5 ,2017*